UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JIMMY PANGLE** ,<br><br>    Plaintiff,<br><br>         v.<br><br>**Michael J. Astrue** ,<br>COMMISSIONER OF SOCIAL SECURITY ,<br><br>    Defendant. | Case No. **1:08-CV-01760-DLB**<br><br>**SCHEDULING ORDER**<br><br>(SOCIAL SECURITY APPEAL) |

   Plaintiff seeks judicial review of an administrative decision of defendant Commissioner of Social Security denying plaintiff's claim for disability benefits under the Social Security Act.  This matter is before me pursuant to 42 U.S.C. §§ 405(g), 1383(c)(3) and Local Rule 72-302(c)(15).  Good cause appearing therefor, pursuant to Fed.R.Civ.P. 16, it is ORDERED that:

   1. Except when other provision is made pursuant to an application to proceed in forma pauperis, within twenty (20) days of filing the complaint, plaintiff shall serve the summons, complaint, the notice and form of consent to proceed before a magistrate judge provided by Local Rule 73-305(a), and a copy of this order and file return of

service with this court.

2. Within one hundred twenty (120) days after service of the complaint, defendant shall serve a copy of the administrative record on plaintiff and file it with the court. The filing of the administrative record shall be deemed an answer to the complaint.

3. Within thirty (30) days after service of the administrative record, plaintiff shall serve on defendant a letter brief outlining the reasons why he/she contends that a remand is warranted. The letter brief shall succinctly set forth the relevant issues and reasons for the remand. The letter brief shall NOT be filed with the court and it shall be marked "confidential."

4. Within thirty-five (35) days after service of plaintiff's letter brief, defendant shall serve a response to plaintiff's letter brief on plaintiff. The response shall NOT be filed with the court and it shall be marked "confidential."

5. In the event the parties stipulate to a remand to the Commissioner, the stipulation shall be filed with the Court WITHIN fifteen (15) days after defendant serves his response on plaintiff.

6. In the event defendant does agree to a remand, within thirty (30) days of service of defendant's response, plaintiff shall file and serve an opening brief with the court and on defendant.

7. Defendant's responsive brief shall be filed with the court and served on plaintiff within thirty (30) days after service of plaintiff's opening brief.

8. Plaintiff's reply brief shall filed with the court and served on defendant within fifteen (15) days after service of defendant's brief.

9. In those cases where a Fed.R.Civ.P. 12 motion to dismiss is

warranted, the Commissioner shall file a motion to dismiss in lieu of filing the administrative record.  The motion to dismiss shall be filed within one hundred twenty (120) days of service of the complaint.  The opposition brief to the motion shall be filed within fourteen (14) days after service of the motion.  The reply brief shall be filed within seven (7) days after service of the opposition brief.  The motion to dismiss shall NOT be noticed for hearing.

10. Motions for attorney fees shall be filed within thirty (30) days of the court ordering remand.

11. All references to the record and all assertion of fact must be accompanied by citations to the record.   The opening and responsive brief shall contain the following:

(a) a plain description of plaintiff's alleged physical or emotional impairments, when plaintiff contends they became disabling, and how they disable plaintiff from work;

(b) a summary of all relevant medical evidence including an explanation of the significance of clinical and laboratory findings and the purpose and effect of prescribed medication and therapy;

(c) a summary of the relevant testimony at the administrative hearing;

(d) a recitation of the Commissioner's findings and conclusions relevant to plaintiff's claims;

(e) a short, separate statement of each of plaintiff's legal claims stated in terms of the insufficiency of the evidence to support a particular finding of fact or reliance upon an erroneous legal standard; and

(f) argument separately addressing each claimed error. Argument in support of each claim of error must be supported by

citation to legal authority and explanation of the application of such authority to the facts of the particular case. Briefs that do not substantially comply with these requirements will be stricken.

12. The court will allow a single thirty (30) day extension of any part of this scheduling order by stipulation of the parties.  Court approval is not required for this extension.  However, the stipulation shall be filed with the court.

13. Request for modification of this briefing schedule will **not** routinely be granted.

14. With the exception of the single thirty (30) day extension, requests to modify this order must be made by written motion and will be granted only for good cause.

15. Violations of this order or of the federal or local rules of procedure may result in sanctions pursuant to Local Rule 11-110.

DATED: November 18, 2008

**UNITED STATES MAGISTRATE JUDGE**

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JIMMY PANGLE,** | NO. **1:08−CV−01760−DLB** |
| Plaintiff, | |
| v. | |
| **MICHAEL J. ASTRUE,** **COMMISSIONER OF SOCIAL SECURITY,** | ORDER RE CONSENT OR REQUEST FOR REASSIGNMENT |
| Defendant. / | |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

This case was randomly assigned to Magistrate Judge Dennis L. Beck.  Without the written consent of all parties to pursuant to 28 U.S.C. § 636(c), a Magistrate Judge cannot conduct all proceedings and enter judgment in this case.  Accordingly, within 90 days, all parties shall complete and return the enclosed Consent to Assignment or Request for Reassignment.

DATE: **November 18, 2008**

UNITED STATES MAGISTRATE JUDGE

by: /s/ C. Hutcheson
Deputy Clerk

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

NO. **1:08−CV−01760−DLB**

**JIMMY PANGLE,**

                        Plaintiff,

                vs.

**MICHAEL J. ASTRUE,**
**COMMISSIONER OF SOCIAL SECURITY,**

CONSENT TO ASSIGNMENT OR
REQUEST FOR REASSIGNMENT

                      Defendant. /

**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**

In accordance with the provisions of 28 U.S.C. § 636(c), the undersigned party or parties to the above−captioned civil matter hereby voluntarily consent to have a United States Magistrate Judge conduct any and all further proceedings in the case, including the entry of final judgment.

Dated: _____

                                                        Signature
Counsel for    ☐ Plaintiff    ☐ Defendant

**REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the assignment of this case to a United States District Judge.

Dated: _____

                                                        Signature
Counsel for    ☐ Plaintiff    ☐ Defendant