1  LAWRENCE G. BROWN
   Acting United States Attorney
2  LUCILLE GONZALES MEIS
   Regional Chief Counsel, Region IX
3  Social Security Administration
   SHEA LITA BOND, SBN D.C. 469103
4  Special Assistant United States Attorney

5      333 Market Street, Suite 1500
       San Francisco, California 94105
6      Telephone: (415) 977-8934
       Facsimile: (415) 744-0134
7      E-Mail: Shea.Bond@ssa.gov

8  Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

**FRESNO DIVISION**

| | |
|---|---|
| JIMMY PANGLE, | CIVIL NO. 1:08-CV-01760 DLB |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER** |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant. | |

The parties hereby stipulate by counsel, with the Court's approval as indicated by issuance of the attached Order, that Defendant shall have an extension of 30 days to respond to Plaintiff's letter brief. The current due date for Defendant's responsive letter brief was April 30, 2009. Due to workload and the fact that the Special Assistant United States Attorney assigned to this case is currently out of the office on pre-scheduled leave, Defendant cannot complete the response. Counsel for the Commissioner apologizes to the Court for not bringing this extension motion sooner. The new due date will be June 1, 2009.

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Respectfully submitted,

Dated: May 19, 2009
/s/ *Shanny J. Lee*
(As authorized via email)
SHANNY J. LEE

Attorney for Plaintiff

Dated: May 19, 2009
LAWRENCE G. BROWN
Acting United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration

/s/ *Shea Lita Bond on behalf of Elizabeth Firer*
ELIZABETH FIRER
Special Assistant U.S. Attorney

Attorneys for Defendant

IT IS SO ORDERED.

Dated: **May 20, 2009**        **/s/ Dennis L. Beck**
UNITED STATES MAGISTRATE JUDGE

2 - Motion & Order Extending Def's Time