1  LAWRENCE G. BROWN
   Acting United States Attorney
2  LUCILLE GONZALES MEIS
   Regional Chief Counsel, Region IX
3  Social Security Administration
   ELIZABETH FIRER
4  Special Assistant United States Attorney

5      333 Market Street, Suite 1500
       San Francisco, California 94105
6      Telephone:  (415) 977-8943
       Facsimile:  (415) 744-0134
7      E-Mail: Elizabeth.Firer@ssa.gov

8  Attorneys for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FRESNO DIVISION**

| | |
|---|---|
| JIMMY PANGLE, ) | |
| ) | CIVIL NO. 1:08-CV-01760 DLB |
| Plaintiff, ) | |
| ) | |
| v. ) | STIPULATION AND ORDER |
| ) | |
| MICHAEL J. ASTRUE, ) | |
| Commissioner of ) | |
| Social Security, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

The parties hereby stipulate by counsel, with the Court's approval as indicated by issuance of the attached Order, that Defendant shall have a FIRST extension of time of 30 days, up to and including September 24, 2009, to respond to Plaintiff's motion for summary judgment.  This request is sought because the undersigned attorney for the Commissioner has had an extremely heavy case load from at least July 2009 and continuing through September 2009.  In the past two weeks, she has also had to deal with unpredictable work involving a petition for a writ of certiorari in Vasquez v. Astrue, 547 F.3d 1101 (9th Cir. 2008) (petition for en banc review denied July 8, 2009), which precluded her from completing the brief within the time set forth in the original scheduling order.

///

///

1  The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

2

3                                              Respectfully submitted,

4 Dated: September 8, 2009           /s/ *Shanny J. Lee*
5                                              (As authorized via email)
                                             SHANNY J. LEE
6                                              Attorney for Plaintiff

7 Dated: September 8, 2009           LAWRENCE G. BROWN
                                             United States Attorney
8                                              LUCILLE GONZALES MEIS
                                             Regional Chief Counsel, Region IX
9                                              Social Security Administration

10

11                                              /s/ *Elizabeth Firer*
                                             ELIZABETH FIRER
12                                              Special Assistant U.S. Attorney

13                                              Attorneys for Defendant

14

15      IT IS SO ORDERED.

16      **Dated:**   **September 8, 2009**                   **/s/ Dennis L. Beck**
                                             UNITED STATES MAGISTRATE JUDGE

17

18

19

20

21

22

23

24

25

26

27

28