IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIMMY PANGLE, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> MICHAEL J. ASTRUE, Commissioner of ) <br> Social Security, ) <br> ) <br> Defendant. ) <br>  ) | 1:08cv01760 DLB <br><br> ORDER GRANTING STIPULATION <br> FOR AWARD OF FEES <br> PURSUANT TO THE <br> EQUAL ACCESS TO JUSTICE ACT <br> (Document 20) |

On April 20, 2010, the parties submitted a stipulation for the award and payment of attorney fees pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d).  Accordingly, it is ORDERED that Shanny J. Lee, as Plaintiff's counsel and assignee, be awarded attorney fees under the EAJA in the amount of THREE THOUSAND FIVE HUNDRED NINETY NINE DOLLARS and 82/100's ($3,599.82).  This amount represents compensation for all legal services rendered by Shanny J. Lee on behalf of Plaintiff in connection with this civil action, in accordance with 28 U.S.C. § 2412(d).

This stipulation constitutes a compromise settlement of Plaintiff's request for EAJA attorney fees, and does not constitute an admission of liability on the part of Defendant under the EAJA.

Payment of  THREE THOUSAND FIVE HUNDRED NINETY NINE DOLLARS and

1

1  82/100's ($3,599.82) in EAJA attorney fees shall constitute a complete release from and bar to any
2  and all claims Plaintiff may have relating to EAJA fees.
3         This award is without prejudice to the rights of Plaintiff's counsel to seek Social Security Act
4  attorney fees under 42 U.S.C. § 406, subject to the offset provisions of the EAJA.
5         IT IS SO ORDERED.
6         **Dated:   April 21, 2010**                    **/s/ Dennis L. Beck**
                                                          UNITED STATES MAGISTRATE JUDGE